M. Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400

FILED
FEB 2 3 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: BRIDGESPAN CORP.
dbaBridgeSpanTitleCo.fnaServAmerica

Debtor(s)

Case No. 04-50500-ASW
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Kentucky Notary Services, 6337 Fern Valley Way, Louisville, KY 40219 | $120.00 | $65.21 |
| 2 | Merlin Mitchell, 1340 Tortosa Court, Yuba City, CA 95993 | $120.00 | $65.21 |
| 10 | Joe Dowd, 615 Belvedere Dr #9, Hot Springs, AR 71901 | $70.00 | $38.04 |
| 13 | IDA Jeffers, 718 Chapelgate, Odenton, MD 21113 | $140.00 | $76.08 |
| 15 | Trovall Notary Services, PO BOX 1675, Valrico, FL 33595 | $90.00 | $48.91 |
| 16 | Wisconsin Title Inc- Fond, 21 E Second Street, Fond du Lac, WI 54936 | $893.00 | $485.30 |
| 18 | Jackson Abstractors Inc, 81 Martin-Griffeth Rd, Hull, GA 30646 | $155.00 | $84.23 |
| 21 | Lisa Gallin, 22482 Alma Alde #233, Rancho Santa Margarita, CA 92688 | $70.00 | $38.04 |
| 22 | Heather Hall, P.O. Box 3903, Plymouth, MA 02361 | $70.00 | $38.04 |
| 27 | Kristen Roadfuss, 7972 PANAMA STREET, MIRAMAR, FL 33023 | $140.00 | $76.08 |
| 38 | Henry D Reiss, 17117 Gulf Blvd #535, Redington Beach, FL 33708 | $70.00 | $38.04 |

| | | | |
|---|---|---|---|
| 41 | Connie J. Adams, 3342 Glasgow Dr., Lansing, MI 48911 | $115.00 | $62.50 |
| 48 | Raoul J Larrinaga, 473 South Ave, Fanwood, NJ 07023 | $70.00 | $38.04 |
| 50 | THEO C. WATKINS JR, 3420 E. SHEA BLVD #200, PHOENIX, AZ 85028 | $140.00 | $76.09 |
| 54 | Integrity Research, LLC, 1410 East Spring St., New Albany, IN 47150 | $160.00 | $86.95 |
| 56 | Bucks Legal Services, Inc, 435 Alden Avenue, Morrisville, PA 19067 | $158.00 | $85.86 |
| 58A | Richard E. Stewart, 804 Lazy Lane, San Marcos, TX 78666 | $155.00 | $84.23 |
| 59 | Florida Abstract Pro, Inc, 9516 Griffin Road, Cooper City, FL 33328 | $2,775.00 | $1,508.07 |
| 62 | Marjorie L Bell, 2465 English Station, Lexington, KY 40514 | $314.20 | $170.75 |
| 66 | Hugh Nations, 600 Blackberry Drive, Austin, TX 78745 | $210.00 | $114.12 |
| 67 | Michael Silver, 17 Country Corner Lane, Fairport, NY 14450 | $280.00 | $152.17 |
| 71 | Signet Consulting, Inc., 7721 Brockway Dr., Boulder, CO 80303 | $70.00 | $38.05 |
| 73 | Joan J Myers DBA Rusty My, 4201 SW 26th Ave, Cape Coral, FL 33914 | $100.00 | $54.34 |
| 77 | Rick E. Lopez, 85 Grenada Street, Lagunda Niguel, CA 92677 | $70.00 | $38.04 |
| 79 | James Barnes, Action Services, 908 Niagara Falls Blvd, North Tonawanda, NY 14120 | $210.00 | $114.12 |
| 80 | Peter A. Molle, 508 Waterford Ct., New Hope, PA 18938 | $70.00 | $38.04 |
| 82 | PROPINQUITY, 7402 WINDSOR MILL ROAD, Baltimore, MD 21244 | $115.00 | $62.50 |
| 84 | Mitchell Emswiler, 2929 Brookmere Road, Charlottesville, VA 22901 | $85.00 | $46.20 |
| 88 | Jeanette Friedmann, 1201 9th Ave, N Sauk Rapids, MN 56379 | $70.00 | $38.04 |
| 89 | Advantage Research Corporation, 1000 Shady Grove Road Suite C, Hot Springs, AR 71901 | $146.00 | $79.34 |
| 93 | Erika Corella, 6126 E Calle Silvosa, Tucson, AZ 85711 | $85.00 | $46.19 |
| 94 | Barbara Davis, 2 Romaine Spring Bend, Fenton, MO 03904 | $155.00 | $84.24 |
| 98 | Kyle Williams, P.O. Box 273, Woodbury, TN 37190 | $30.00 | $16.30 |

| | | | |
|---|---|---|---|
| 100 | Rodney Schonland, Esq., 101 Court St., Plymouth, MA 02360 | $300.00 | $163.04 |
| 101 | Byron Pearce, 6764 Boone Road, Traverse City, MI 49684 | $70.00 | $38.04 |
| 102 | Ameristar Information NetWork, 2720 N. Stemmons Frwy Suite 300, Dallas, TX 75207 | $8,516.58 | $4,628.33 |
| 104 | Law Office of Raymond Des Wetels, 466 Main St, Oxford, MA 01540 | $700.00 | $380.41 |
| 115 | Quality Escrow Services Corp., 3650 N. Rancho Drive Suite 101, Las Vegas, NV 89130 | $940.00 | $510.84 |
| 120 | Betsy Begens, 839 31st Street, W. Palm Beach, FL 33407 | $70.00 | $38.05 |
| 121 | Bryant Safety, 1422 Chestnut Street, Ste 514, Philadelphia, PA 19102 | $1,902.00 | $1,033.64 |
| 122 | Zoe Barghout, 8467 Evergreen Road, Detroit, MI 48228 | $175.00 | $95.10 |
| 123 | Michelle Doyle, 1414 Crockett St, Garland, TX 75042 | $210.00 | $114.12 |
| 126 | Financial Safeguards Grou, 2818 N Campbell Ave #142, Tucson, AZ 85719 | $70.00 | $38.04 |
| 127 | Catherine Tarbox, 1271-B Valley Oak Court, Navato, CA 94947 | $95.00 | $51.63 |
| 130 | All County Abstract, 444 Broadway, Monticello, NY 12701 | $316.25 | $171.87 |
| 131 | Amanda Andruzzi, 11 Harvard Ave, Staten Island, NY 10301 | $70.00 | $38.04 |
| 133 | Wesley C. Kibler DBA Huds, 26 Carol Dr, Poughkeepsie, NY 12603 | $70.00 | $38.04 |
| 136 | Harris Communications/ Veronica Harros, PO Box 7465, Silver Spring, MD 20907 | $265.00 | $144.02 |
| 137 | Hoyt & Waller, PC, 20 N Clark #825, Chicago, IL 60602 | $280.00 | $152.17 |
| 141 | Race Enterprises, Inc., P.O. Box 1703, Van Buren, AR 72956 | $150.00 | $81.52 |
| 151 | Jackie Remington Stewart, 675 River Avenue, Providence, RI 02908 | $1,241.00 | $674.42 |
| 153 | Susan Schneider, 3728 W Sierra Street, Phoenix, AZ 85029 | $275.00 | $149.45 |
| 156 | 24 Hour Record Retriever, 293 State Route 104 E Suite 103, Oswego, NY 13126 | $196.65 | $106.87 |
| 158 | James W. Rankin Jr, 9695 Sun Pointe Dr, Boynton Beach, FL 33437 | $70.00 | $38.04 |
| 162 | Alicia Williams, 12967 Ship Ct, Lusby, MD 67211 | $210.00 | $114.12 |

Dated: January 20, 2010

_____ M. POONJA, TRUSTEE

Mailed 2/22/10