M. Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: BRIDGESPAN CORP.<br>dbaBridgeSpanTitleCo.fnaServAmerica<br><br>Debtor(s) | Case No. 04-50500-ASW<br>Chapter 7<br><br>NOTICE OF UNCLAIMED<br>DIVIDENDS |
|---|---|

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| | See Attached List | Attached List | Attached List |

Dated: March 13, 2010

_____ M. POONJA, TRUSTEE

| | | | |
|---|---|---|---|
| 164 | James A. Ashlock, 710 Melton Drive, Jonesboro, AR 72401 | $75.00 | $40.76 |
| 172 | Deborah J Verter, 3008 Brinkley Station Drive, Temple Hills, MD 20745 | $140.00 | $76.08 |
| 173 | Jennifer Blimline, 5102 Canyon Ave, Rosedale, MD 21206 | $225.00 | $122.27 |
| 175 | Coast to Coast Research N, P.O. Box 7018, Louden, NH 03301 | $221.50 | $120.37 |
| 178 | Joe Klaczak, 564 Forbes Avenue #1108, Pittsburgh, PA 15219 | $677.00 | $367.91 |
| 179 | Valley Abstract, Card Investment Grp, Inc, 221 East Van Buren, Harlingen, TX 78550 | $2,774.50 | $1,507.80 |
| 181 | Brenda A. Armstrong, 111 Phelps Way, Bowling Green, KY 42104 | $60.00 | $32.61 |
| 185 | Bernhard Clemens, 7432 Red Bluff Drive, Indianapolis, IN 46214 | $70.00 | $38.04 |
| 187 | STEPHANIE ZEITLIN, 187 IVY TRACE, MCDONOUGH, GA 30253 | $100.00 | $54.35 |
| 190 | BETH KENNEDY, 235 CONNOQUENESSING DR, EVANS CITY, PA 16033 | $225.00 | $122.28 |
| 191 | Cynthia Motlow, 102 Alford Street, Slidell, LA 70461 | $70.00 | $38.04 |
| 192 | The Final Step, 9005 Chevrolet Drive, Suite 6, Ellicot City, MD 21042 | $1,225.00 | $665.73 |
| 200 | Frank Sykes, 108 Pleasant View Dr, Lancaster, KY 40444 | $70.00 | $38.04 |
| 201 | Mobile Notary Service, 1332 Trollman Avenue, Deltona, FL 32738 | $70.00 | $38.04 |
| 204 | Record Search America, 5527 Kendall St, Boise, ID 83706 | $75.00 | $40.76 |
| 212 | Melissa Bell, 2153 Sand Castle Way, Sacramento, CA 95833 | $85.00 | $46.19 |
| 227 | Maureen Radtke, 11621 N Dolly Circle, Berlin, MD 21811 | $100.00 | $54.34 |
| 228 | Marisol Ruiz, 15837 SW 61 Way, Miami, FL 33193 | $70.00 | $38.04 |
| 229 | Marion Cobin, 1481 Springleaf Circle, Smyrna, GA 30080 | $140.00 | $76.08 |
| 231 | Kelley Holland, 8665 Mesa Ave, Hesperia, CA 92345 | $140.00 | $76.09 |
| 232 | Jerry A. Stone, 2072 E. 18th St., San Bernardino, CA 92404 | $70.00 | $38.04 |
| 235 | Barbara Masters, 4250 St. Rt. 307E #47, Geneva, OH 44041 | $70.00 | $38.04 |

| | | | |
|---|---|---|---|
| 236 | Robert Schwartz, 5825 W Flamingo Road #212, Las Vegas, NV 89103 | $875.00 | $475.52 |
| 238 | Amy Beth Geiger, 3737 SE 2nd St, Ocala, FL 34471 | $85.00 | $46.20 |
| 242 | Tailwind Ventures, Inc., 300 King Arthurs Court, Cross Plains, WI 53528 | $167.00 | $90.76 |
| 246 | East Coast Abstracting, 908 Briggsdale Ct, Gambrills, MD 21054 | $5,433.00 | $2,952.56 |
| 247 | Shore Abstract & Title Services, Inc., 3 Federal Street, Easton, MD 21601 | $60.00 | $32.61 |
| 249 | Bi-State Title Services, 105 Concorde Plaza, Suite 201, St. Louis, MO 63128 | $174.00 | $94.56 |
| 250 | SWEITZERS NOTARY SERVICES, 108 N Penn St, YORK, PA 17404 | $140.00 | $76.08 |
| 251 | Legal Index Services, Inc., 1860 Blake St. #900, Denver, CO 80202 | $6,673.00 | $3,626.44 |
| 253 | April Cates, 2514 Paramount Blvd. # A, Amarillo, TX 79109 | $70.00 | $38.04 |
| 254 | Reliable Title Search, In, 1165 S. Federal Hwy. Suite 16, Fort Pierce, FL 34950 | $194.00 | $105.43 |
| 255 | Cathy Davis, 1711 Ocho Rios Ct, Arlington, TX 76012 | $140.00 | $76.08 |
| 257 | Theresa Cyrus, 2152 Campostella Road, Chesapeake, VA 23324 | $70.00 | $38.04 |
| 260 | William H. Gamble, 507 Lewis St, NW Vienna, VA 22180 | $115.00 | $62.50 |
| 264 | Carmen Gerrard, 2155 E Badillo, Covina, CA 91724 | $80.00 | $43.48 |
| 265 | Daniel Martin, 19 Lancaster Drive, Wayside, NJ 07712 | $185.00 | $100.54 |
| 270 | Foundation Research, LLC, 1300 S. Frazier Suite 108, Conroe, TX 77301 | $3,727.25 | $2,025.57 |
| 274 | Erie County Title Services, 105 Winspear Road, Elma, NY 14059 | $400.00 | $217.38 |
| 275 | Barbara Boyce, 13800 SW 8th Street, #174, Miami, FL 33184 | $170.00 | $92.39 |
| 279 | Janelle Shanfelder, 47 Bailly Dr, Burlington, NJ 08016 | $70.00 | $38.04 |
| 280 | Cathy Martin, 140 S. Wheeling Ave., Kansas City, MO 64123 | $70.00 | $38.04 |
| 286 | John Hargett, #321 2858 Belt Line Rd, Garland, TX 75044 | $160.00 | $86.95 |
| 293 | Teddy Bailey, 654 E 82nd St., Brooklyn, NY 11236 | $155.00 | $84.23 |

| | | | |
|---|---|---|---|
| 295 | Richard Rubenstein, 12077 SHERATON LANE, CINCINNATI, OH 45246 | $70.00 | $38.04 |
| 306 | Stacee Plotner, 171 E Price St., Nipomo, CA 93444 | $70.00 | $38.05 |
| 318 | Carole Cannon, 5707 Vandike St, Philadelphia, PA 19135 | $70.00 | $38.04 |
| 322 | Daniel and Lyra Drake, 2376 Heinemann Dr., Valley Springs, CA 95252 | $75.00 | $40.76 |
| 326 | Donna Stovall, 28 Solitaire Road, Rocky Point, NY 11778 | $1,955.00 | $1,062.44 |
| 327 | Monica Taylor, 8012 Maxfield Ct, Clinton, MD 20735 | $70.00 | $38.04 |
| 331 | DaleMiller, 1515 Ridgebrook Way, Chico, CA 95928 | $70.00 | $38.04 |
| 337 | Charles C. Caison, Esq., 313-B Trindale Rd Suite 101, Archdale, NC 27263 | $310.00 | $168.47 |
| 341 | American Title, 1801 Big Town Blvd., #100, Mesquite, TX 75149 | $3,209.28 | $1,744.08 |
| 342 | L&D Abstractors, 815 Paddock Way, Casselberry, FL 32707 | $428.70 | $232.98 |
| 345 | Michael P. Molk, 303 5th Ave. #1806, New York, NY 10016 | $140.00 | $76.08 |
| 348 | Barry Silver, 2866 Carambola Circle South, Coconut Creek, FL 33066 | $100.00 | $54.35 |
| 355 | Sanlapper Legal Services, PO Box 12094, Columbia, SC 29211 | $1,200.00 | $652.14 |
| 356 | TLC Research, 300-1 West Cedar Avenue, Gladwin, MI 48624 | $355.00 | $192.92 |
| 365 | Record Check Services, 4515 Poplar Avenue, Suite 527, Memphis, TN 38117 | $676.00 | $367.37 |
| 366 | Simpson Title Recording Services, 7206 Impala Drive Suite #214, Richmond, VA 23228 | $1,240.00 | $673.88 |
| 367 | Meloday Abraham, RR 4 Box 4272, Kunkeltown, PA 18058 | $70.00 | $38.04 |
| 370 | Dana Ventura, 36901 33rd Street, East Palmdale, CA 93550 | $70.00 | $38.04 |
| 372 | Pinnacle Real Estate Services Inc., 302 North El Camino Real # 209, San Clemente, CA 92672-4778 | $2,780.00 | $1,510.79 |
| | | $62,638.91 | $34,041.05 |